TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00667-CV







In the Matter of R. B.










FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY


NO. 2072, HONORABLE KEVIN D. HENDERSON, JUDGE PRESIDING







PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.



Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: January 24, 1996

Do Not Publish